**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7468**

---

BERESFORD EMERSON DAKIN-DAVIS,

Petitioner - Appellant,

versus

JANET RENO, Attorney General of the United
States,

Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
99-2366-DKC)

---

Submitted:  April 10, 2000            Decided:  May 1, 2000

---

Before WILKINS and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Beresford Emerson Dakin-Davis, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dakin-Davis appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Dakin-Davis v. Reno, No. CA-99-23566-DKC (D. Md. Oct. 1, 1999). Appellant's motion for bond while his appeal is pending is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2